IN THE UNITED STATES BANKRUPTCY COURT
For the MIDDLE DISTRICT of ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| In re: ) | Chapter: | 13 |
| Henreitta Blakey ) | | 14-31486 |
| ) | REQUEST FOR SPECIAL NOTICE | |
| ) | [NO Hearing Required] | |
| ) | | |
| Debtor(s) ) | | |

TO THE CLERK:

The undersigned attorneys for:

UNITED CONSUMER FINANCIAL SERV
Merchant Name:UCFS   KIRBY CLEANING SYSTEM

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that UNITED CONSUMER FINANCIAL SERV be given and served with all notices given or required to be given in the case as follows:

UNITED CONSUMER FINANCIAL SERV
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 06/26/14
Account Number: ****7635

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass  (AZ 016849)
    Attorneys for Creditor
    UNITED CONSUMER FINANCIAL SERV
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ  85712-1083
    (520) 577-1544
    ecf@bass-associates.com